United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD DWAYNE HEROD<br>TDCJ # 01538539,<br><br>    Petitioner,<br><br>VS.<br><br>BOBBY LUMPKIN,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:24-4600<br>§<br>§<br>§<br>§ |

## MEMORANDUM OPINION AND ORDER

On January 27, 2025, the Court dismissed this habeas action under Federal Rule of Civil Procedure 41(b) because the petitioner, Donald Dwayne Herod, had not complied with a notice of deficient pleading. The notice had instructed him to submit a pleading on the Court's form and to either pay the filing fee or apply to proceed *in forma pauperis* (Dkt. 4). The dismissal order stated that relief from the order could be granted if the petitioner complied with all past instructions, including submission of a form pleading and the filing fee or an application for leave to proceed *in forma pauperis* (Dkt. 7). On February 5, 2025, the petitioner filed a motion to reopen the case (Dkt. 8).

The petitioner's motion is timely under Federal Rule of Civil Procedure 59(e), which permits a litigant to file a motion to alter or amend a judgment. A motion for reconsideration "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment." *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004). Instead, Rule 59(e) serves the

narrow purpose of allowing a party to bring manifest errors or newly discovered evidence to the Court's attention. *See In re Rodriguez*, 695 F.3d 360, 371 (5th Cir. 2012).

Herod's motion states that he sent the Clerk the filing fee for this action on January 15, 2025. He also contends that his conviction and incarceration violate the federal and state constitutions (Dkt. 8).

The Court's docket reflects no filing-fee payment from Herod. In any event, even if he had paid the fee, he has not complied with the Court's instruction to submit a form pleading. Because he demonstrates no basis for relief under Rule 59(e) or other authority, his motion to reopen the case (Dkt. 8) is **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____July 28_____, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE